759 A.2d 1280

**In the Interest of D.J., a Minor.**

**Appeal of D.J., a Minor.**

Supreme Court of Pennsylvania.

Submitted July 24, 2000.

Decided Oct. 19, 2000.

M. Susan Ruffner, Mitchell A. Kaufman, Marjorie A. Minkler, Pittsburgh, for appellant, D.J.

Sandra Preuhs, Pittsburgh, for the Com. of PA.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of October, 2000, the appeal is dismissed as having been improvidently granted.